

November 28, 2019

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

DEC -2 PM 12:20

FILED

|  |  |
|---|---|
| Peace Of Mind Fellowship Foreign Private Family Living Revocable Trust. | ) ) ) |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* **-v-** | ) ) ) ) ) ) ) ) ) |
| UNITED STATES INCORPORATION ET AL; STATE OF FLORIDA INCORPORATION ET AL. | ) ) ) |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Qadir Abbas Salem Bey(exrel:Quentin-Izel:Bessent) |
| Street Address | c/o Post Office Box 541382. |
| City and County | Merritt Island, Brevard county. |
| State and Zip Code | Florida state Republic[32954] |
| Telephone Number | UNITED STATES 1+(321)458-1230. |
| E-mail Address | |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Donald John Trump et al |
| Job or Title *(if known)* | DBA: President Of UNITED STATES. |
| Street Address | 1600 Pennsylvania Avenue North West |
| City and County | Washington District Of Columbia |
| State and Zip Code | 20500 |
| Telephone Number | 202-456-1111 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Ronald Dion DeSantis et al |
| Job or Title *(if known)* | DBA: GOVERNOR STATE OF FLORIDA |
| Street Address | State Of Florida The Capitol 400 South Monroe Street |
| City and County | Tallahassee, |
| State and Zip Code | Florida state Republic[32399-0001] |
| Telephone Number | (850)717-9337 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Wayne Ivey et al |
| Job or Title *(if known)* | DBA: Brevard county Sheriff. |
| Street Address | 700 South Park Avenue. |
| City and County | Titusville, Brevard county. |
| State and Zip Code | Florida state Republic[32780] |
| Telephone Number | (321)264-5201. |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | J. Mancini et al Number 1446 |
| Job or Title *(if known)* | DBA: Brevard County Sheriff |
| Street Address | 700 South Park Avenue. |
| City and County | Titusville, Brevard county. |
| State and Zip Code | Florida state Republic[32780] |
| Telephone Number | (321)264-5201. |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Barbary Treaties 1786-1816
Treaty with Morocco June 28 and July 15, 1786-Translation of the Additional Article.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*   Peace Of Mind Fellowship Foreign Private   , is incorporated under the laws of the State of *(name)*    Morocco North America    . and has its principal place of business in the State of *(name)*

Florida state Republic    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* **UNITED STATES ET AL:STATE** , is incorporated under the laws of the State of *(name)* **WASHINGTON DISTRICT** , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* **UNITED STATES** .

and has its principal place of business in *(name)* **WASHINGTON DISTRICT** .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Breach Of Trust/Contract which caused injuries to body and property.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Brevard county, Florida state Republic.

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 30, 2019; 2:13 past morning.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Qadir Abbas Salem Bey(exrel: Quentin-Izel: Bessent) was exercising a religious freedom in his private property. J. Mancini #1446 forced Qadir to stop alone the trail against Qadir wishes and threaten Qadir with a weapon and a gang of unidentified armed conspirators and forced a contract against the wishes of Qadir. The gang of conspirators captured Qadir by force and forcefully caged Qadir while no contract knowingly existed.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Mental Anguish, physical harm, lost active private contract's while in their cage that destroyed the reputation of Qadir. Force Qadir to enter a contract under duress with the STATE OF FLORIDA DMV.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unlawful or illegal arrest without a lawful and true 4th amendment warrant-------------- $100,000,000.00.
Illegal or unlawful search and seizure without a lawful and true 4th amendment warrant-$100,000,000.00.
Assault or assault and battery without a weapon-----------------------------------------------$10,000,000.00.
Assault and battery with a weapon-------------------------------------------------------------$50,000,000.00.
Denial or Abuse of due process----------------------------------------------------------------$50,000,000.00.
Unlawful Distraint/Interstate Detainer False Imprisonment-------------------------------$10,000,000.00.
Excessive Bail, Cruel and Unusual Punishment, Violation of Right to speedy trial,
Freedom of Speech,Conspiracy, Encroachment, Abuse of Authority----------------------$7,500,000.00.
Denial of Assistance of counsel, retain right, reckless endangerment,
Failure to identify and present credentials and authority-------------------------------------$7,500,000.00

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/30/2019

Signature of Plaintiff

Printed Name of Plaintiff    Qadir Abbas Salem Bey(exrel. Quentin-Izel: Bessent)

### B.    For Attorneys

Date of signing:

Signature of Attorney    N/A

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    Office of The Executor of The Estate

Street Address    ℅ Post Office Box 541382

State and Zip Code    Florida State Republic [32954]

Telephone Number    321 458-1230

E-mail Address    QAdirBey.MoorishAmerican@Gmail.com

"Without Prejudice"
Without the United States Corporation
A "natural person" pursuant to NJ-Assembly
BIN No. 3823, N.J.S. - 14A:2-1
All Natural Rights "Explicitly" Reserved
All Constitutional Rights Reserved
U.S.C.B Title 13 U.S.C. § 11 Code: 667-821

"Without Prejudice"
Without the United States Corporation
A "natural [illegible]" pursuant to N.I.Assembly
[illegible] 3825 [illegible] 144A [illegible]
[illegible] Reserved
All Constitutional Rights Reserved
U.S.C. [illegible] Code 1-207 & 1-308

**Title § U.S.C Sec. 72,101,102**
**Title U.S.C. Sec. 3002, 2072, 2073, 2074**
**Title 18 U.S.C. Sec. 1342, 1341, 1508**
**U.S.D.O.J.**
**United States Attorney Manual Sec. 940, 942, 943, 944**